STATE OF MAINE
KENNEBEC, ss

RECEIVED AND FILED
KENNEBEC SUPERIOR COURT

2005 SEP 30 P 3: 31

DESJARDIN
OF COURTS

SUPERIOR COURT
CRIMINAL ACTION
DOCKET NO. CR-05-249

STATE OF MAINE

v.                                          ORDER ON MOTION TO SUPPRESS

MATTHEW DEBLOIS,

     Defendant

The defendant seeks to suppress statements made by the defendant during an interview with Detective John Hall. The defendant argues that he was subject to a custodial interrogation without the benefit of Miranda, that his invocation of his right to counsel was not honored, and that his statements were involuntary because of Detective Hall's statements. The court has listened to the audiotape. State's Ex. 1. For the following reasons, the motion is denied.

FACTS

Winthrop police Department Detective John Hall called the defendant and asked him to go to the police station to discuss something important. The defendant asked whether he was in trouble. Detective Hall replied that the defendant would not be arrested and would be free to leave at any time but the Detective preferred to discuss the matter face-to-face. Detective Hall asked what would be convenient for the defendant and he stated that he would come immediately.

Detective Hall met the defendant at 3:00 p.m. in the police station lobby. As they walked upstairs, the Detective told the defendant that he was not under arrest and that he was free to leave at any time. The two entered a 20' by 10' conference room. The walk from the lobby to the conference room took ten seconds. The Detective sat at a

1

desk and the defendant sat to the Detective's right at the end of the desk. The door was across the room to the defendant's left.

The Detective explained that he was closing the door for privacy and to avoid interruptions because there was a meeting across the hall. The Detective explained that he always tapes any discussion about something important and he started the tape recorder.

During the interview, the defendant asked whether he should call an attorney. The Detective also described the process for such cases and sentences he had seen imposed, including an 80-year sentence for one person who did not cooperate. See Def.'s Ex. 1 at 6-7 (admitted as aid to court).

When the tape was turned off, the defendant left the station. He was not arrested.

## CONCLUSIONS

### Custody

The defendant was not in custody during the interview at the police station. See State v. Higgins, 2002 ME 77, ¶¶ 13-14, 796 A.2d 50, 54-55; State v. Michaud, 1998 ME 251, ¶ 4, 724 A.2d 1222, 1226; State v. Martin, 580 A.2d 678, 681 (1990); State v. Cochran, 425 A.2d 999, 1002 (1981).

### Counsel

The sixth amendment right to counsel attaches "only at that time 'that the government has committed itself to prosecute, and only then that the adverse positions of government and defendant have solidified.'" United States v. Gouveia, 467 U.S. 180, 189 (1984) (quoting Kirby v. Illinois, 406 U.S. 682, 689 (1972); see U.S. v. LaBare, 191 F.3d 60, 64 (1999) ("the right to counsel attaches when 'adversary judicial criminal proceedings' have commenced against an accused, 'whether by way of formal charge,

preliminary hearing, indictment, information, or arraignment.'"); Def.'s Ex. 1 at 6 (Detective Hall told the defendant that "it goes to the DA for review") & 8 ("this could literally be months down the road before you hear back from me.")

Voluntariness

The State has proved beyond a reasonable doubt that the defendant's statements were voluntary. See State v. Sawyer, 2001 ME 88, ¶¶ 8-9, 772 A.2d 1173, 1175-76; see also State v. McCarthy, 2003 ME 40, ¶¶ 13-14, 819 A.2d 335, 340 (police suggestion that "cooperation often results in favorable treatment" was not a promise of leniency and confession was voluntary).

The entry is

The Defendant's Motion to Suppress is DENIED.

Date: September 30, 2005

Nancy Mills
Justice, Superior Court

STATE OF MAINE
 vs
MATTHEW T DEBLOIS
445 RTE. 133
WINTHROP ME 04364

SUPERIOR COURT
KENNEBEC, ss.
Docket No   AUGSC-CR-2005-00249

**DOCKET RECORD**

DOB: 06/15/1984
Attorney: JOHN PELLETIER
         GOODSPEED & O'DONNELL
         10 SUMMER ST
         PO BOX 738
         AUGUSTA ME 04332-0738
         RETAINED 04/14/2005

State's Attorney: EVERT FOWLE

Filing Document: INDICTMENT
Filing Date: 04/14/2005

Major Case Type: FELONY (CLASS A,B,C)

## Charge(s)

1   **UNLAWFUL SEXUAL CONTACT**              **09/01/2004 WINTHROP**
**Seq 10933 17-A  255-A(1)(E-1)        Class B**

## Docket Events:

04/14/2005 FILING DOCUMENT -  INDICTMENT FILED ON 04/14/2005

        TRANSFER -  BAIL AND PLEADING GRANTED ON 04/14/2005

        TRANSFER -  BAIL AND PLEADING REQUESTED ON 04/14/2005

04/14/2005 Charge(s): 1
        HEARING -  ARRAIGNMENT SCHEDULED FOR 04/15/2005 @ 8:30  in Room No.  2

04/14/2005 Party(s): MATTHEW T DEBLOIS
        ATTORNEY -  RETAINED ENTERED ON 04/14/2005

        Attorney: JOHN PELLETIER
04/15/2005 BAIL BOND -  $500.00 CASH BAIL BOND FILED ON 04/15/2005

        Bail Receipt Type: CR
        Bail Amt:  $500
                             Receipt Type: CA
        Date Bailed: 04/15/2005    Prvdr Name: MATTHEW  DEBLOIS
                             Rtrn Name: MATTHEW  DEBLOIS

        **Conditions of Bail:**
        Have no contact with...

        1   ISSIAH  HASKELL
04/15/2005 Charge(s): 1
        HEARING -  ARRAIGNMENT HELD ON 04/15/2005
        JOHN R ATWOOD , JUSTICE
        Attorney: JOHN PELLETIER

DA: ALAN KELLEY          Reporter: PENNY PHILBRICK-CARVER
Defendant Present in Court

READING WAIVED. DEFENDANT INFORMED OF CHARGES.  COPY OF INDICTMENT/INFORMATION GIVEN TO
DEFENDANT.  21 DAYS TO FILE MOTIONS
04/15/2005 Charge(s): 1
        PLEA - NOT GUILTY ENTERED BY DEFENDANT ON 04/15/2005
        JOHN R ATWOOD , JUSTICE
        Attorney: JOHN PELLETIER
        DA: ALAN KELLEY          Reporter: PENNY PHILBRICK-CARVER
        Defendant Present in Court
04/15/2005 BAIL BOND - $500.00 CASH BAIL BOND SET BY COURT ON 04/15/2005
        JOHN R ATWOOD , JUSTICE
        OR 5,000.00 SURETY
        Date Bailed: 04/15/2005
04/29/2005 MOTION - MOTION TO SUPPRESS FILED BY DEFENDANT ON 04/29/2005


05/06/2005 HEARING - MOTION TO SUPPRESS SCHEDULED FOR 06/06/2005 @ 9:00

        NOTICE  TO PARTIES/COUNSEL
06/07/2005 HEARING - MOTION TO SUPPRESS CONTINUED ON 06/06/2005
        DONALD H MARDEN , JUSTICE
07/08/2005 HEARING - MOTION TO SUPPRESS SCHEDULED FOR 09/19/2005 @ 9:00

        NOTICE  TO PARTIES/COUNSEL
09/26/2005 HEARING - MOTION TO SUPPRESS HELD ON 09/19/2005
        NANCY  MILLS , SUPERIOR COURT CHIEF JUSTICE
        Attorney: JOHN PELLETIER
        DA: ALAN KELLEY          Reporter: CONSTANCE ROTH
        Defendant Present in Court
09/26/2005 MOTION - MOTION TO SUPPRESS UNDER ADVISEMENT ON 09/19/2005
        NANCY  MILLS , SUPERIOR COURT CHIEF JUSTICE
09/30/2005 MOTION - MOTION TO SUPPRESS DENIED ON 09/30/2005
        NANCY  MILLS , SUPERIOR COURT CHIEF JUSTICE
        COPY TO PARTIES/COUNSEL
09/30/2005 ORDER - COURT ORDER FILED ON 09/30/2005


A TRUE COPY
ATTEST: _____
                    Clerk